```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

MATTEL, INC.,                      :

                  Plaintiff,       :

        - against -                :      07 Civ.

GLOBAL CHINA NETWORKS, LLC         :
AND TERRI GIBSON A/K/A TEARABUE
S. GIBSON A/K/A TEARANIE           :
SHARAIL GIBSON,
                                   :
                  Defendants.
                                   :
------------------------------x
```

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mattel, Inc. (a private, non-governmental party) certifies that there are no corporate parents, affiliates, subsidiaries and/or publicly held corporations which own 10% or more of its stock, except that on April 10, 2007, Barclays Global Investors, N.A. filed a Schedule 13G with the Securities and Exchange Commission disclosing that Barclays and a

group of affiliated entities beneficially own 10.53% of Mattel's common stock.

DATE: *August 20, 2007*                              *William Dunnegan*
                                                     SIGNATURE OF ATTORNEY