# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 07 CV 7418 SCHEINDLIN                             Date Filed: _____

Plaintiff:
MATTEL, INC.,

vs.

Defendant:
GLOBAL CHINA NETWORKS, INC., AND TERRI GIBSON A/A/A
TEARABUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON

For:
William Dunnegan
DUNNEGAN LLC
350 Fifth Avenue
New York, NY 10118

Received by MLQ ATTORNEY SERVICES on the 22nd day of August, 2007 at 10:00 am to be served on **GLOBAL CHINA NETWORKS, LLC, 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020.**

I, Aaron Kaplan, being duly sworn, depose and say that on the 23rd day of August, 2007 at 4:30 pm, I:

served at the within named **CORPORATION** by serving **REGISTERED AGENT/ OFFICER** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, RULE 7.1 STATEMENT, AND COMPLAINT**, with the date and hour of service endorsed thereon by me, at the within named registered agent's/ officer's **usual place of abode**, to a person residing therein who is 15 years of age or older to wit: **MS. ALLEN AS CO-RESIDENT at 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020** and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3) (b) (which reverts back to F. S. S. 48.031 (1) (a) )

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. _____(Date).

Aaron Kaplan
242

Subscribed and Sworn to before me on the 28th day
of August, 2007 by the affiant who is personally known
to me.

NOTARY PUBLIC

CHERYN M. LYONS
MY COMMISSION # DD683468
EXPIRES: June 07, 2011
1-800-3-NOTARY    FL Notary Discount Assoc. Co.

MLQ ATTORNEY SERVICES
2000 Riveredge Parkway N. W.
#885
Atlanta, GA 30328
(800) 446-8794
Our Job Serial Number: 2007005018

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0a