**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
District of New York

Index Number: 07 CV 7418 SCHEINDLIN                                    Date Filed: _____

Plaintiff:
**MATTEL, INC.,**

vs.

Defendant:
**GLOBAL CHINA NETWORKS, INC., AND TERRI GIBSON A/A/A
TEARABUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON**

For:
William Dunnegan
DUNNEGAN LLC
350 Fifth Avenue
New York, NY 10118

Received by MLQ ATTORNEY SERVICES on the 22nd day of August, 2007 at 10:00 am to be served on **TERRI GIBSON A/K/A TEARBUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON, 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020.**

I, Aaron Kaplan, being duly sworn, depose and say that on the **23rd day of August, 2007** at **4:30 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, RULE 7.1 STATEMENT, AND COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **MS. ALLEN** as **CO-RESIDENT,** of the within named person's usual place of abode, who resides at **1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020**, who is fifteen (15) years of age or older and informed said person of the contents therein pursuant to F. S. 48.031(1)

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.   **SEP 2 1 2007**   (Date).

Subscribed and Sworn to before me on the 20th day
of September, 2007 by the affiant who is personally
known to me.

NOTARY PUBLIC

CHERYN M. LYONS
MY COMMISSION # DD603448
EXPIRES: June 07, 2011
FL Notary Discount Assoc. Co.

Aaron Kaplan
242

MLQ ATTORNEY SERVICES
2000 Riveredge Parkway N. W.
#885
Atlanta, GA 30328
(800) 446-8794
Our Job Serial Number: 2007005017

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c