# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MATTEL, INC.,

          Plaintiff,

## SUMMONS IN A CIVIL CASE

V.

GLOBAL CHINA NETWORKS, LLC AND TERRI
GIBSON A/K/A TEARBUE S. GIBSON A/K/A
TEARANIE SHARAIL GIBSON,

          Defendants.

CASE NUMBER: 07 Civ.

**07 CV 7418**

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

    Terri Gibson a/k/a Tearbue S. Gibson a/k/a Tearanie Sharail Gibson
    1410 South 24th Court
    Hollywood, Florida 33020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William Dunnegan
    Dunnegan LLC
    350 Fifth Avenue
    New York, New York 10118

RECEIVED
SEP 28 2007
U.S.D.C. S.D.N.Y.
CASHIERS

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK _____

DATE      AUG 2 1 2007

(BY) DEPUTY CLERK _____

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 07 CV 7418 SCHEINDLIN

Date Filed: _____

Plaintiff:
**MATTEL, INC.,**

vs.

Defendant:
**GLOBAL CHINA NETWORKS, INC., AND TERRI GIBSON A/A/A TEARABUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON**

For:
William Dunnegan
DUNNEGAN LLC
350 Fifth Avenue
New York, NY  10118

Received by MLQ ATTORNEY SERVICES on the 22nd day of August, 2007 at 10:00 am to be served on **TERRI GIBSON A/K/A TEARBUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON, 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020**.

I, Aaron Kaplan, being duly sworn, depose and say that on the **23rd day of August, 2007 at 4:30 pm, I:**

**SUBSTITUTE - RESIDENTIAL:**  served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, RULE 7.1 STATEMENT,  AND COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **MS. ALLEN** as **CO-RESIDENT,** of the within named person's usual place of abode, who resides at **1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020**, who is fifteen (15) years of age or older and informed said person of the contents therein pursuant to F. S. 48.031(1)

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.   SEP 2 1 2007            (Date).

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC



CHERYN M. LYONS
MY COMMISSION # DD683468
EXPIRES: June 07, 2011
FL Notary Discount Assoc. Co.
1-800-3-NOTARY

Aaron Kaplan
242

**MLQ ATTORNEY SERVICES**
**2000 Riveredge Parkway N. W.**
**#885**
**Atlanta, GA  30328**
**(800) 446-8794**
Our Job Serial Number: 2007005017

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c