# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

        Plaintiff,

V.

GLOBAL CHINA NETWORKS, LLC AND TERRI GIBSON A/K/A TEARBUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 Civ. 7418

JUDGE SCHEINDLIN

RECEIVED SEP 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

TO: (Name and address of defendant)

Global China Networks, LLC
1410 South 24th Court
Hollywood, Florida 33020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  AUG 21 2007

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CV 7418 SCHEINDLIN    Date Filed: _____

Plaintiff:
**MATTEL, INC.,**

vs.

Defendant:
**GLOBAL CHINA NETWORKS, INC., AND TERRI GIBSON A/A/A TEARABUE S. GIBSON A/K/A TEARANIE SHARAIL GIBSON**

For:
William Dunnegan
DUNNEGAN LLC
350 Fifth Avenue
New York, NY 10118

Received by MLQ ATTORNEY SERVICES on the 22nd day of August, 2007 at 10:00 am to be served on **GLOBAL CHINA NETWORKS, LLC, 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020.**

I, Aaron Kaplan, being duly sworn, depose and say that on the **23rd day of August, 2007 at 4:30 pm, I:**

served at the within named **CORPORATION** by serving **REGISTERED AGENT/ OFFICER** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, RULE 7.1 STATEMENT, AND COMPLAINT**, with the date and hour of service endorsed thereon by me, at the within named registered agent's/ officer's **usual place of abode**, to a person residing therein who is 15 years of age or older to wit: **MS. ALLEN AS CO-RESIDENT at 1410 SOUTH 24TH. COURT, HOLLYWOOD, FL 33020** and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3) (b) (which reverts back to F. S. S. 48.031 (1) (a) )

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.    **SEP 2 1 2007**    (Date).

Aaron Kaplan
242

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

CHERYN M. LYONS
MY COMMISSION # DD683468
EXPIRES: June 07, 2011
Fl. Notary Discount Assoc. Co.

MLQ ATTORNEY SERVICES
2000 Riveredge Parkway N. W.
#885
Atlanta, GA 30328
(800) 446-8794
Our Job Serial Number: 2007005018