```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

MATTEL, INC.,                          :

                    Plaintiff,         :

         - against -                   :    07 Civ. 7418(SAS)
                                            ECF CASE
GLOBAL CHINA NETWORKS, LLC             :
AND TERRI GIBSON A/K/A TEARABUE
S. GIBSON A/K/A TEARANIE               :
SHARAIL GIBSON,
                                       :
                    Defendants.
                                       :
- - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF DEFAULT

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do certify that the docket entries in the above entitled matter indicate that the summons and complaint were duly filed on August 21, 2007, that the defendants Global China Networks, LLC and Terri Gibson a/k/a Tearabue S. Gibson a/k/a Tearanie Sharail Gibson were duly served with a copy of the summons and complaint by personal service on August 23, 2007 and that proof of service was thereafter filed on September 26, 2007 with the Clerk of the Court.

I further certify that the docket entries indicate that the defendants Global China Networks, LLC and Terri Gibson a/k/a Tearabue S. Gibson a/k/a Tearanie Sharail

Gibson did not file an answer or otherwise move with respect to the complaint herein. The default of defendants Global China Networks, LLC and Terri Gibson a/k/a Tearabue S. Gibson a/k/a Tearanie Sharail Gibson is therefore noted.

Dated: October 2, 2007

*[signature]*

_____
Clerk of the Court