UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

MATTEL, INC.,                          :

                        Plaintiff,     :

        - against -                    :        07 Civ. 7418(SAS)
                                                ECF CASE
GLOBAL CHINA NETWORKS, LLC             :
AND TERRI GIBSON A/K/A TEARABUE
S. GIBSON A/K/A TEARANIE               :
SHARAIL GIBSON,
                                       :
                        Defendants.
                                       :
- - - - - - - - - - - - - - - - - - x

## DEFAULT JUDGMENT

        This action having been commenced on August 21,

2007, by the filing of a summons and complaint and a copy

of the summons and complaint having been served in

accordance with Rule 4 of the Federal Rules of Civil

Procedure on Global China Networks, LLC and Terri Gibson

a/k/a Tearabue S. Gibson a/k/a Tearanie Sharail Gibson and

proof of such service having been duly filed with the

Court, and it further appearing that the defendants have

not responded to the complaint, and the time for doing so

having expired;

        Now upon the motion of Dunnegan LLC, attorneys

for plaintiffs, it is hereby

        ORDERED, ADJUDGED AND DECREED:

(a)   That defendants Global China Networks, LLC and Terri Gibson a/k/a Tearabue S. Gibson a/k/a Tearanie Sharail Gibson, their servants, employees and attorneys and those persons in active concert with them who receive actual knowledge of this order by personal service or otherwise be, and hereby are, enjoined from cybersquatting upon, infringing or diluting Mattel's registered trademarks numbered 689,055, 728,811, 741,208, 768,331, 768,397, 772,298, 810,106, 814,091, 814,995, 816,601, 817,200, 1,000,125, 1,041,587, 1,300,766, 1,693,139, 1,769,285, 1,773,571, 1,775,637 and 1,795,876 for the mart BARBIE in violation of 15 U.S.C. §§ 1125 (c) and (d) and 15 U.S.C. § 1114(a); and

(b)   That defendants, and the registrar of the Internet domain name chinabarbie.com, shall forthwith transfer the Internet domain name chinabarbie.com to Mattel, Inc.

Dated: New York, New York
      October __, 2007

                                                _____

                                                   U.S.D.J.